UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE


*145284*

Civil Action no : **1:20-cv-05205**
Filed Date: **07/09/2020**

| Plaintiff(s): | JAMES EVERETT SHELTON, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL PERSONS SIMILARLY SITUATED |
|---|---|
| | -vs- |
| Defendant(s): | RPA ENERGY INC. |

STATE OF NEW YORK
COUNTY OF ALBANY    ss.:

**Corey Doyle**, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **07/13/2020** at **11:48 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND CLASS ACTION COMPLAINT** on RPA ENERGY INC. B/S/U INCORP SERVICES INC. AS REGISTERED AGENT at **One Commerce Plaza, 99 Washington Avenue, Suite 805A, Albany, NY 12231** in the manner indicated below:

By delivering a true copy of each to and leaving with **PAUL E. HOPECK, ASSISTANT VICE PRESIDENT** who stated he/she is duly authorized to accept legal documents.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | White | Brown | 35-42 | 5"8-5"11 | 161-180 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 07/14/2020

Notary Public

[√] Daniel O'Leary
Notary Public, State of NY
No. 01OL6293343
Qualified in Schenectady County
Commission expires 12/09/2021

[ ] Kristen Smith
Notary Public, State of NY
No.01SM6357988
Qualified in Albany County
Commission expires 05/01/2021

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2023

X _____
Corey Doyle
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-05205

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **RPA Energy Inc.**
was received by me on *(date)* **7/13/2020**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Paul E. Hopeck** , who is
designated by law to accept service of process on behalf of *(name of organization)* **RPA Energy Inc.**
on *(date)* **7/13/2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7/14/2020**

_____
*Server's signature*

**Corey Doyle Process Server**
*Printed name and title*

**299 Hamilton St., Albany, NY 12210**
*Server's address*

Additional information regarding attempted service, etc:

145284